Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Division

| | |
|---|---|
| Sepehr Michael Nasseri ) <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br><br> Andrew Wilson <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 8:22 cv 1543 TPB-MRM <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Sepehr Michael Nasseri |
   | Street Address | 5604 TPC Blvd |
   | City and County | Lutz, Hillsborough |
   | State and Zip Code | Florida, 33558 |
   | Telephone Number | 813-843-9644 |
   | E-mail Address | Mikenas8@gmail.com |

TRA -66813
$602.00

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Andrew Wilson |
| Job or Title *(if known)* | Chief Digital Officer (CDO) at Microsoft Corporation |
| Street Address | 8020 161st Ave NE Apt 802 |
| City and County | Redmond, King County |
| State and Zip Code | Washington State, 98052-4327 |
| Telephone Number | 954-610-7537 |
| E-mail Address *(if known)* | Andrew@axwilson.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* Sepehr Micheal Nasseri, is a citizen of the State of *(name)* Florida.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

(*If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.*)

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* Andrew Wilson, is a citizen of the State of *(name)* Washington State. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Total amount in controversy is $116,971.00 (not counting interest and court costs). Cash value of the American Airlines points ($27,843), plus treble damages ($83,528), plus value of two cash paid airline tickets purchased by plaintiff ($5600) after multiple notices of default to the defendant regarding Article 4 of the agreement equlas $116,971.00 (excluding interest and court costs).

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Sepehr Michael Nasseri , and the defendant, *(name)* Andrew Wilson , made an agreement or contract on *(date)* 07/31/2019 . The agreement or contract was *(oral or written)* written . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

Based on Article 4 of wirrten settlement agreement dated July 31, 2019 (Exhibit A attached), exactly 740,000 American Airlines (AA) points (Cash value of $27,843 - See AA points calcuator Exhibit B attached) are marked as 'sole' property of plaintiff and defendant released any claims he may have on the points. Defendant specifically agreed to 'not contest' any tickets purchased using the 740,000 points. In return, plaintiff agreed to release any claims on 1,900,000 Marriott Bonvoy poins to the defendant based on Article 5 of the agreement.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

Defendant intentionally breached the agreement, specifically Article 4 by directly contacting American Airlines on or around December 22, 2021. Defendant contested tickets purchased by Plaintiff, opening a complaint with American Airlines and intentionally causing withholding of plaintiff's direct access to 740,000 American Airlines points. Defendant also sent a letter (dated January 4, 2022, Exhibit C attached) to further threaten plaintiff's rights and stop plaintiff from using American Airlines points allocated to the plaintiff per written agreement. Defendants actions to call American Airlines willfully gave rise to breach of Article 4 of the agreement. Defendant knowingly caused plaintiff to suffer damages, and continues to withhold access to intentionally cause further damage to plaintiff. Plaintiff has performed all conditions precedent to recovery, including but not limited to sending multiple written notices regarding defendant's breach and workable solutions to remediate defendants breach (see exhibits D, E, F, and G attached). Plaintiff has not excused defendant's non-performance or breach of agreement. Niether party has contested the amount of points (740,000). Actual cash value of points ($27,842.50) is also not contested by either party (see exhibit B, AA cash value calculator). Sole ownership of 740,000 points by plaintiff is not contested by defendant, however, access to the points is contested by defendant and defendant continues to withhold direct access to plaintiff.

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff pray for the following relief:
1. Trial by jury;
2. Judgment for Plaintiff(s) and against the Defendant(s);
3. An award of damages in an amount which will fully and fairly compensate Plaintiff for actual damages and treble damages
4. An award of punitive damages in amount which is reasonably and rationally related to the egregiousness of Defendant's willful conduct, and which is reasonably and rationally related to the financial net worth of the Defendant (Chief Digital Officer of Microsoft Corporation), and which is in the public interest;
5. Reasonable attorney fees, costs and expenses as inucred;
6. Such other and further relief as may be deemed just and proper under the circumstances.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/8/2022

Signature of Plaintiff   _[signature]_
Printed Name of Plaintiff   Sepehr Michael Nasseri

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address